```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE SOUTHERN DISTRICT OF OHIO
                           EASTERN DIVISION

Tabatha Aumetra Tower, et al.,:

        Plaintiffs,           :

   v.                         :     Case No. 2:15-CV-2405

Amazon.com Inc., et al.,      :     JUDGE ALGENON L. MARBLEY
                                    Magistrate Judge Kemp
        Defendants.           :
```

ORDER

Defendant Amazon.com, Inc. has filed a motion requesting to vacate the settlement week conference or to permit its representative to participate by telephone.  The motion sets forth good cause and the motion (Doc. 70) is granted to the extent that the company representative will be permitted to participate by telephone.


/s/ Terence P. Kemp
United States Magistrate Judge