**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **TABATHA TOWER,** | : | **Case No. 2:15-cv-02405** |
| | : | |
| **Plaintiff,** | : | **Judge Marbley** |
| | : | |
| **vs.** | : | **Magistrate Judge Kemp** |
| | : | |
| **AMAZON.COM, INC.,** | : | **ORDER GRANTING** |
| | : | **AMAZON.COM, INC.'S MOTION** |
| **Defendant.** | : | **TO FILE EXHIBIT TO AFFIDAVIT** |
| | : | **IN SUPPORT OF MOTION FOR** |
| | : | **SUMMARY JUDGMENT UNDER** |
| | | **SEAL** |

This matter is before the Court on Defendant Amazon.com, Inc.'s Motion to File Exhibit to Affidavit in Support of Motion for Summary Judgment Under Seal. Having considering said motion and for good cause shown, Defendant Amazon.com, Inc.'s Motion to File Exhibit to Affidavit in Support of Motion for Summary Judgment Under Seal is **HEREBY GRANTED.** Defendant Amazon.com, Inc. shall file the CD with the Exhibit containing the confidential historical sales data of Any Books and Kenkebooks under seal with the Clerk of Court. A public version of the Affidavit in Support of Motion for Summary Judgment shall be filed via ECF which indicates that the sales data exhibit has been filed under seal.


IT IS SO ORDERED.

                              /s/ Terence P. Kemp
          _____
                    ~~JUDGE~~          United States Magistrate Judge