IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| TABATHA TOWER, *et al.*, | : |
| | : Case No. 15-cv-2405 |
| Plaintiffs, | : |
| | : JUDGE ALGENON L. MARBLEY |
| v. | : |
| | : Magistrate Judge Vascura |
| AMAZON.COM, INC., *et al.*, | : |
| | : |
| Defendants. | : |

## OPINION & ORDER

This matter comes before the Court on the Magistrate Judge's February 22, 2018 **Report and Recommendation** (ECF No. 88), which recommended that Defendants Kenkebooks and Anybooks be dismissed with prejudice from the above-captioned case.

The Report and Recommendation specifically advised the parties that the failure to object results in a waiver of the right to have the district judge review the Report and Recommendation *de novo*, and also operates as a waiver of the right to appeal the decision of the District Court adopting the Report and Recommendation. (ECF No. 88 at 3). The parties have failed to file any objections, and the deadline for objections (March 8, 2018) has lapsed.

The Court hereby **ADOPTS** the Report and Recommendation based on the independent consideration of the analysis therein. This action is hereby **DISMISSED WITH PREJUDICE** as to Defendants Kenkebooks and Anybooks.

**IT IS SO ORDERED.**

                                                s/ Algenon L. Marbley
                                                ALGENON L. MARBLEY
                                                UNITED STATES DISTRICT JUDGE

**DATED: March 22, 2018**